FILED 05 AUG '25 15:33 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00310-AN |
| v. | INDICTMENT |
| ROBERT JACOB HOOPES, | 18 U.S.C. § 111(a), (b) |
| | 18 U.S.C. § 1361 |
| Defendant. | 18 U.S.C. § 2 |

## THE GRAND JURY CHARGES

### COUNT 1
### (Aggravated Assault on a Federal Employee with a Dangerous Weapon)
### (18 U.S.C. § 111(a), (b))

On or about June 14, 2025, in Multnomah County, in the District of Oregon, defendant **ROBERT JACOB HOOPES** knowingly and forcibly assaulted Adult Victim 1 (AV1), an Enforcement and Removal Officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and in committing that offense, used a dangerous weapon, namely a large rock, and inflicted bodily injury on AV1.

In violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 2
### (Depredation of Federal Property)
### (18 U.S.C. § 1361 and 2)

On or about June 14, 2025, in Multnomah County, in the District of Oregon, defendant **ROBERT JACOB HOOPES** willfully injured and committed a depredation against property of the United States, namely, the Immigration and Customs Enforcement building and property located at 4310 S. Macadam Avenue, Portland, Oregon, a building leased to and used exclusively by the United States, with the resulting damage exceeding the sum of $1000, and aided and abetted others presently unknown to the grand jury in doing so.

In violation of Title 18, United States Code, Sections 1361 and 2.

DATED: August ___5___, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

GARY Y. SUSSMAN
Assistant United States Attorney