SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00310-AN |
| v. | **EXHIBITS 1 AND 2 TO GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ROBERT JACOB HOOPES,** | |
| **Defendant** | |

**Exhibits 1 and 2 to Government's Sentencing Memorandum**

Dated: June 4, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Exhibits 1 and 2 to Government's

Sentencing Memorandum will be sent electronically (via USAfx) on June 3, 2026, in Portland

Oregon, to Matthew G. McHenry.

*/s/ Kelly S. Borroz-Bowers*
Kelly S. Borroz-Bowers, Supervisory Paralegal

